

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 2-09-194-CV

PATRICIA HARRIS, INDIVIDUALLY               APPELLANT
AND AS PERSONAL REPRESENTATIVE
OF THE ESTATE OF HARVEY HARRIS,
DECEASED

V.

ARLINGTON MEMORIAL HOSPITAL            APPELLEE

----------

### FROM THE 48TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant's Agreed Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.

DELIVERED: August 6, 2009

---

[1] *See* Tex. R. App. P. 47.4.